

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 29, 2022

<u>VIA ECF</u>
Hon. Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: *Xiu Jin Wang v. Mayorkas, et al.*, No. 22 Civ. 1388 (DLC)

Dear Judge Cote:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485) and three Refugee/Asylee Relative Petitions (Form I-730). On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from May 3, 2022, to July 5, 2022).[1] In addition, I respectfully request that the initial pretrial conference presently scheduled for May 19, 2022, be rescheduled for a date during the week of July 18, 2022, or thereafter. *See* ECF No. 7.[2]

      I respectfully request this extension because USCIS issued interview notices relating to the three Forms I-730 and needs additional time to determine next steps, which may potentially render a portion of the complaint moot. In addition, USCIS is in the process of evaluating the Form I-485 and needs additional time to consider next steps, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action. This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the pretrial conference. Plaintiff consents to these requests.

*Granted. The conference is scheduled for 7/26 at 3:00 pm. /s/ Denise Cote 4/29/22*

---

[1] Given that a sixty-day extension falls on Saturday, July 2, 2022, followed by Sunday and a federal holiday, the deadline would be extended until Tuesday, July 5, 2022. *See* Fed. R. Civ. P. 6(a)(1).

[2] Counsel for the government will not be available from August 5, 2022, through August 12, 2022.

Case 1:22-cv-01388-DLC   Document 9   Filed 04/29/22   Page 2 of 2
Case 1:22-cv-01388-DLC   Document 10   Filed 04/29/22   Page 2 of 2

Page 2

I thank the Court for its consideration of this letter.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

By:    *s/ Jacqueline Roman*
        JACQUELINE ROMAN
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (347) 714-3363
        E-mail: jacqueline.roman@usdoj.gov
        *Attorney for Defendants*

cc: Counsel of record (via ECF)